**FILED**
September 13, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAMILO REYES, )<br>)<br>Defendant. ) | CASE NUMBER: 3:10-cr-00023-CMK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CAMILO REYES ; Case 3:10-cr-00023-CMK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　\_　Release on Personal Recognizance

　　\_　Bail Posted in the Sum of _____

　　X　Unsecured Appearance Bond in the amount of $25,000.00 to be co-signed by Raul Ortega.

　　\_　Appearance Bond with 10% Deposit

　　\_　Appearance Bond secured by Real Property

　　\_　Corporate Surety Bail Bond

　　X　(Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 13 at 3:44.

By _____
Kendall J. Newman
United States Magistrate Judge