1  **Tim A. Pori (SBN 189270)**
   LAW OFFICES OF TIM A. PORI
2  521 Georgia Street
   Vallejo, CA   94590
3  Telephone: (707) 644-4004

4  Attorney for Defendant CAMILO REYES

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              Case No. CR-S-10-410 GEB

10             Plaintiff,
                                          **STIPULATION AND [PROPOSED]**
11 vs.                                    **ORDER TO EXCLUDE TIME**

12 CAMILO REYES,

13             Defendant.

14 _____/

15

16      The parties hereby stipulate that the status conference in this case be continued
17 from December 10, 2010, to January 28, 2011, at 9:00 a.m.  The parties stipulate that the
18 time between December 10, 2010, and January 28, 2011, should be excluded from the
19 calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of
20 justice are served by the Court excluding such time, so that counsel for the defendant may
21 have reasonable time necessary for effective preparation, taking into account the exercise
22 of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,
23 Mr. Reyes is a Spanish-speaking client who needs the assistance of an investigator who
24 speaks Spanish to assist counsel in reviewing the discovery with Mr. Reyes including a
25 video-taped confession which is in Spanish.  Counsel is waiting for authorization for
26 funds for investigation and will then meet with Mr. Reyes and his family to review the

27

28                             1

discovery with the Spanish-speaking investigator. Therefore the parties have stipulated to continue the status conference in this case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

                                    Respectfully submitted

Date:  December 8, 2010            /s/   Tim A. Pori
                                    TIM A. PORI
                                    Attorney for Defendant CAMILO REYES

Date:  December 8, 2010            /s/ Michael D. Anderson  (Authorized 12/8/10)
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney

### [PROPOSED] ORDER

    IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to January 28, 2011, at 9:00 a.m. before the Honorable Garland E. Burrell in courtroom number 10.

Dated:  December 8, 2010

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge