**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

Attorney for Defendant CAMILO REYES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  | Case No. CR-S-10-410 GEB |
| Plaintiff,  | |
| vs. | **AMENDED STIPULATION AND ORDER TO EXCLUDE TIME** |
| CAMILO REYES, | |
| Defendant. | |
| _____/ | |

The parties hereby stipulate that the status conference in this case be continued from January 28, 2010, to April 1, 2011, at 9:00 a.m.  The parties stipulate that the time between January 28, 20110, and April 1,  2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, Mr. Reyes is a Spanish-speaking client who needs to be advised of the direct consequences of any plea upon his immigration status.  Counsel has requested Reyes' "A File" from Homeland Security.  Mr. Reyes' counsel must have his immigration file so he can adequately advise his client pursuant to U.S. v. Padilla so he can get the advise of an

1

immigration attorney as to the direct consequences of any plea.  Therefore the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted

Date: January 27, 2011          /s/   Tim A. Pori
                                TIM A. PORI
                                Attorney for Defendant CAMILO REYES

Date:  December 8, 2010         /s/ Michael D. Anderson  (Authorized 12/8/10)
                                MICHAEL D. ANDERSON
                                Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to April 1, 2011, at 9:00 a.m. before the Honorable Garland E. Burrell in courtroom number 10.

Dated: February 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2