**Tim A. Pori (SBN 189270)**
**John Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA  94590
Telephone: (707) 644-4004

Attorney for Defendant CAMILO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-10-410 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| CAMILO REYES, | |
| Defendants. | |

    The parties hereby stipulate that the status conference in this case be continued from May 27, 2011, to July 29, 2011 at 9:00 a.m.  The parties stipulate that the time between May 27, 2011 and July 29, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, Counsel for the defendant cannot properly advise his client of the implications of the plea and charges recommended by the Government without reviewing Mr. Reyes' immigration file.  Counsel submitted a request to the U.S. Citizenship and Immigration Services office for the file on January 28, 2011.  As of May 13, 2011, counsel has been advised that his request is number 8582 of

1

1  29372 pending requests.  The parties stipulate and agree that the interests of justice served
2  by granting this continuance outweigh the best interests of the public and the defendant in
3  a speedy trial.  18 U.S.C. §3161(h)(8)(A).
4       The parties further request that this matter be taken off the May 27, 2011 calendar
5  before Judge Garland E. Burrell, Jr. and be rescheduled for July 29, 2011, Judge Burrell.

                            Respectfully submitted

Date: May 17, 2011            /s/ Tim A. Pori
                              TIM A. PORI
                              Attorney for Defendant Camilo Reyes

Date: May17, 2011             /s/ Michael D. Anderson (Authorized 5/13/11)
                              MICHAEL D. ANDERSON
                              Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to July 29, 2011, at 9:00 a.m. before the Honorable Garland E. Burrell, Jr.

Dated:  May 18, 2011

                              GARLAND E. BURRELL, JR.
                              United States District Judge