```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2755
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CASE NO. 2:10-CR-00410 GEB
                                  )
12            Plaintiff,          )   PRELIMINARY ORDER OF
                                  )   FORFEITURE
13       v.                       )
                                  )
14  CAMILO REYES,                 )
                                  )
15            Defendant.          )
                                  )
16
```

17    Based upon the plea agreement entered into between plaintiff
18 United States of America and defendant Camilo Reyes it is hereby
19 ORDERED, ADJUDGED AND DECREED as follows:
20    1.  Pursuant to 18 U.S.C. § 1028(b)(5), defendant Camilo
21 Reyes' interest in the following property shall be condemned and
22 forfeited to the United States of America, to be disposed of
23 according to law:
24        a)   One typewriter, serial number 8A3E473631;
25        b)   Two lamination devices, serial number STJ14827X
               and no serial number;
26
          c)   One HP Photo Smart printer, serial number
27             CN89M4J0CP;
28        d)   One printer; and

1           e)   Counterfeit cardstock and laminates.

2     2.   The above-listed property constitutes property used or
3 intended to be used to commit a violation of 18 U.S.C. §
4 1028(a)(2).

5     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
6 designee) shall be authorized to seize the above-listed property.
7 The aforementioned property shall be seized and held by the
8 Department of Homeland Security, Customs and Border Protection,
9 in its secure custody and control.

10    4.   a.   Pursuant to 18 U.S.C. § 1028(g), incorporating 21
11 U.S.C. § 853(n), and Local Rule 171, the United States shall
12 publish notice of the order of forfeiture.  Notice of this Order
13 and notice of the Attorney General's (or a designee's) intent to
14 dispose of the property in such manner as the Attorney General
15 may direct shall be posted for at least 30 consecutive days on
16 the official internet government forfeiture site
17 www.forfeiture.gov.  The United States may also, to the extent
18 practicable, provide direct written notice to any person known to
19 have alleged an interest in the property that is the subject of
20 the order of forfeiture as a substitute for published notice as
21 to those persons so notified.

22         b.   This notice shall state that any person, other than
23 the defendant, asserting a legal interest in the above-listed
24 property, must file a petition with the Court within sixty (60)
25 days from the first day of publication of the Notice of
26 Forfeiture posted on the official government forfeiture site, or
27 within thirty (30) days from receipt of direct written notice,
28 whichever is earlier.

1       5.   If a petition is timely filed, upon adjudication of all
2  third-party interests, if any, this Court will enter a Final
3  Order of Forfeiture pursuant to 18 U.S.C. § 1028(b)(5), in which
4  all interests will be addressed.

Dated:   December 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge