BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00410-GEB |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| CAMILO REYES, ) | |
| Defendant. ) | |

WHEREAS, on or about December 23, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1028(b)(5), based upon the plea agreement entered into between plaintiff and defendant Camilo Reyes and the finding of forfeiture by the Court forfeiting to the United States the following property:

       a)   One typewriter, serial number 8A3E473631;

       b)   Two lamination devices, serial number STJ14827X and no serial number;

       c)   One HP Photo Smart printer, serial number CN89M4J0CP;

       d)   One printer; and

       e)   Counterfeit cardstock and laminates.

1    AND WHEREAS, beginning on December 29, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1028(b)(5), to be disposed of according to law, including all right, title, and interest of Camilo Reyes.

   2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

   3.  The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

   SO ORDERED.

Dated:  February 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge